# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERCIA,** | : | **NO. 1:03-CR-0250-05** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **OTIS GRAYSON,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 14th day of March, 2006, it is hereby ORDERED that this court's prior order (Doc. 1087), of March 13, 2006, granting Attorney John M. Murphy, Jr.'s motion for leave to withdraw as counsel for defendant Otis Grayson, is hereby RESCINDED.  The Clerk of Court is directed to reinstate Attorney Murphy as defendant's retained counsel, on the docket for this matter, and to terminate the appointment of the Federal Public Defender.

S/ Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge